# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MATTHEW JAMES GREATHOUSE

NO. 2021 KW 1498

DECEMBER 3, 2021

---

In Re:   Matthew James Greathouse, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. Unknown.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** Although relator alleges that his bond is "unreasonably high," relator has again failed to provide this court with a copy of the petition for a writ of habeas corpus filed in the district court, a copy of the motion for reduction of bond filed in the district court, the pertinent district court ruling(s), a transcript or minute entries from the bond hearing, or any other portion of the district court record that would support his claim raised in the writ application. Furthermore, this court is limited to review of district court rulings or the failure of the district court to act on a properly filed pleading. Any application filed in this court should indicate what relief has been sought in the district court, and should include a copy of any motions or pleadings filed in the district court that are now at issue, a copy of the district court's rulings, and a copy of all other pertinent documentation.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT